UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN TAFOYA,<br><br>      Plaintiff,<br> v.<br><br>ROBERT FERGUSON and TOD THOMA,<br><br>      Defendants. | CASE NO. C18-5261 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

  This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 18. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

  (1)  The R&R is **ADOPTED**;

(2) Plaintiff's action is dismissed without prejudice for failure to prosecute pursuant to LCR 41(b);

(3) The Clerk shall enter **JUDGMENT** and close this case;

Dated this 26th day of December, 2018.

BENJAMIN H. SETTLE
United States District Judge